UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MINGBO CAI, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>SWITCH, INC., ROB ROY, GABE NACHT, ZAREH SARRAFIAN, DONALD SNYDER, TOM THOMAS, BRYAN WOLF, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, JEFFERIES LLC, BTIG, LLC, RAYMOND JAMES & ASSOCIATES, INC., STIFEL, NICOLAUS & COMPANY, INC., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>      Defendants. | Civ. No. 18-10425<br><br>**JOINT STIPULATION AND**<br>**ORDER TO TRANSFER VENUE** |

  The Court, having reviewed and considered the enclosed stipulated transfer of this action, and finding good cause shown, hereby orders that this action be transferred to the United States District Court for the District of Nevada, with each party bearing its own costs and fees, including attorneys' fees, relating to the transfer and any motions thereof.

  The Court further orders that the Motion to Transfer Venue (ECF No. 8) is DENIED AS MOOT. The Clerk's Office is directed to forward all filings in this action to the Clerk for the United States District Court for the District of Nevada and close this case in the District of New Jersey.

**IT IS SO ORDERED.**

| | |
|---|---|
| August 6, 2018 | */s/ Anne E. Thompson* |
| DATED | ANNE E. THOMPSON, U.S.D.J. |

1

Plaintiff Mingbo Cai, individually and on behalf of all others similarly situated ("Plaintiff"), by and through his respective counsel, and defendants Switch, Inc. ("Switch"), Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf (the "Individual Defendants"); Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, LLC, CitiGroup Global Markets Inc., Credit Suisse Securities, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., and William Blair & Company, L.L.C. (the "Underwriter Defendants,"), by and through their respective counsel (collectively, "Defendants," and with Plaintiff, the "Parties"), hereby submit this Joint Stipulation to Transfer Venue pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of Nevada.

WHEREAS, on June 11, 2018, Plaintiff filed a complaint captioned *Cai v. Switch, Inc. et al.*, No. 3:18-cv-10425, alleging violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 (the "Securities Act"), which case was assigned to Judge Anne E. Thompson;

WHEREAS, in addition to this lawsuit, four other purported securities class action lawsuits containing substantially similar factual allegations as this action as well as asserting violations of the Securities Act have been filed against some or all of the Defendants in the Eighth Judicial District Court for the State of Nevada,

Clark County, and were subsequently consolidated as *In re Switch, Inc. Securities Litigation* (Lead Case No. A-18-773212-B);

WHEREAS, on July 27, 2018, Defendant Switch and the Individual Defendants filed a Motion to Transfer Venue to the District of Nevada pursuant to 28 U.S.C. § 1404(a);

WHEREAS, for the convenience of the parties and witnesses and the interests of justice, 28 U.S.C. § 1404(a) permits a court to transfer any action to any other district where the action might have been brought or to which all parties have consented;

WHEREAS, the Parties support transfer of this action from the District of New Jersey to the District of Nevada because Defendant Switch is incorporated and has its principal place of business in Nevada, and Defendants assert that the Individual Defendants live in either Nevada, California, or Oregon.

WHEREAS, transfer is appropriate under 28 U.S.C. § 1404(a) because this action could have initially been brought in the District of Nevada;

WHEREAS, counsel for the Parties have met and conferred and agree that for the convenience of all parties and witnesses and in the interests of justice, this action should be transferred to the District of Nevada pursuant to 28 U.S.C. § 1404(a);

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

(1) the Parties stipulate to and request that the Court enter an Order transferring this action from the District of New Jersey, to the District of Nevada, pursuant to 28 U.S.C. § 1404(a); and (2) the Parties shall bear their own respective costs and fees, including attorneys' fees, relating to the transfer and any motions thereof.

**IT IS SO STIPULATED.**

Respectfully submitted this 3rd day of August 2018.

**LATHAM & WATKINS LLP**

By: */s/ Kevin M. McDonough*
    Kevin M. McDonough
    885 Third Avenue
    New York, NY 10022-4834
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    Email: kevin.mcdonough@lw.com

*Attorneys for Defendants Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf*

**GREENBERG TRAURIG, LLP**

By: */s/ Robert H. Bernstein*
    Robert H. Bernstein, Esq.
    500 Campus Drive, Suite 400
    Florham Park, NJ 07932
    Telephone: (973) 360-7900
    Facsimile: (973) 301-8410
    Email: bernsteinrob@gtlaw.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, LLC, Citigroup Global Markets Inc., Credit Suisse Securities, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., and William Blair & Company, L.L.C.*

**THE ROSEN LAW FIRM, P.A.**

By: */s/Laurence M. Rosen*
    Laurence M. Rosen
    609 W. South Orange Avenue, Suite 2P
    South Orange, NJ 07079
    Telephone: (973) 313-1887
    Facsimile: (973) 833-0399
    Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Mingbo Cai*