# U.S. District Court
# District of New Jersey [LIVE] (Trenton)
# CIVIL DOCKET FOR CASE #: 3:18–cv–10425–AET–DEA

CAI v. SWITCH, INC. et al  
Assigned to: Judge Anne E. Thompson  
Referred to: Magistrate Judge Douglas E. Arpert  
Cause: 15:77 Securities Fraud  

Date Filed: 06/11/2018  
Date Terminated: 08/06/2018  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question  

**Plaintiff**

**MINGBO CAI**  
*Individually and On Behalf of All Others Similarly Situated*

represented by **LAURENCE M. ROSEN**  
THE ROSEN LAW FIRM, PA  
609 W. South Orange Avenue  
Suite 2P  
SOUTH ORANGE, NJ 07079  
(973) 313–1887  
Email: lrosen@rosenlegal.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SWITCH, INC.**

represented by **KEVIN M. MCDONOUGH**  
LATHAM & WATKINS LLP  
885 THIRD AVENUE  
NEW YORK, NY 10022  
212–906–1200  
Email: kevin.mcdonough@lw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROB ROY**

represented by **KEVIN M. MCDONOUGH**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**GABE NACHT**

represented by **KEVIN M. MCDONOUGH**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**ZAREH SARRAFIAN**

represented by **KEVIN M. MCDONOUGH**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**DONALD SNYDER** represented by **KEVIN M. MCDONOUGH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TOM THOMAS** represented by **KEVIN M. MCDONOUGH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRYAN WOLF** represented by **KEVIN M. MCDONOUGH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GOLDMAN SACHS & CO. LLC**

**Defendant**

**J.P. MORGAN SECURITIES LLC**

**Defendant**

**BMO CAPITAL MARKETS CORP.**

**Defendant**

**WELLS FARGO SECURITIES, LLC**

**Defendant**

**CITIGROUP GLOBAL MARKETS INC.**

**Defendant**

**CREDIT SUISSE SECURITIES**

**Defendant**

**JEFFERIES LLC**

**Defendant**

**BTIG, LLC**

**Defendant**

**RAYMOND JAMES & ASSOCIATES, INC.**

**Defendant**

**STIFEL, NICOLAUS & COMPANY, INC.**

**Defendant**

**WILLIAM BLAIR & COMPANY, L.L.C.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2018 | Ï 1 | COMPLAINT against BMO CAPITAL MARKETS CORP., BTIG, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, GABE NACHT, RAYMOND JAMES & ASSOCIATES, INC., ROB ROY, ZAREH SARRAFIAN, DONALD SNYDER, STIFEL, NICOLAUS & COMPANY, INC., SWITCH, INC., TOM THOMAS, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY, L.L.C., BRYAN WOLF ( Filing and Admin fee $ 400 receipt number 0312–8803790) with JURY DEMAND, filed by MINGO CAI. (Attachments: # 1 PSLRA Certification, # 2 Civil Cover Sheet)(ROSEN, LAURENCE) (Entered: 06/11/2018) |
| 06/11/2018 | Ï 2 | Corporate Disclosure Statement by Mingbo Cai. (ROSEN, LAURENCE) (Entered: 06/11/2018) |
| 06/11/2018 | Ï 3 | Request for Summons to be Issued by Mingbo Cai as to BMO Capital Markets Corp., BTIG, LLC, Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, Gabe Nacht, Raymond James & Associates, Inc., Rob Roy, Zareh Sarrafian, Donald Snyder, Stifel, Nicolaus & Company, Inc., Switch, Inc., Tom Thomas, Wells Fargo Securities, LLC, William Blair & Company, L.L.C., Bryan Wolf. (ROSEN, LAURENCE) (Entered: 06/11/2018) |
| 06/12/2018 | Ï | CLERK'S QUALITY CONTROL MESSAGE – The case you electronically filed has been processed, however, the following deficiencies were found: Party Information is to be entered in **CAPITAL LETTERS** . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) (Entered: 06/12/2018) |
| 06/12/2018 | Ï | Judge Anne E. Thompson and Magistrate Judge Douglas E. Arpert added. (jem) (Entered: 06/12/2018) |
| 06/12/2018 | Ï 4 | SUMMONS ISSUED as to BMO CAPITAL MARKETS CORP., BTIG, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, GABE NACHT, RAYMOND JAMES & ASSOCIATES, INC., ROB ROY, ZAREH SARRAFIAN, DONALD SNYDER, STIFEL, NICOLAUS & COMPANY, INC., SWITCH, INC., TOM THOMAS, WELLS FARGO SECURITIES, LLC, WILLIAM BLAIR & COMPANY, L.L.C., BRYAN WOLF Attached is the official court Summons, please fill out Defendant and Plaintiff's attorney information and serve. Issued By *John Moller* (jem) (Entered: 06/12/2018) |
| 07/27/2018 | Ï 5 | NOTICE of Appearance by KEVIN M. MCDONOUGH on behalf of GABE NACHT, ROB ROY, ZAREH SARRAFIAN, DONALD SNYDER, SWITCH, INC., TOM THOMAS, BRYAN WOLF (Attachments: # 1 Certificate of Service)(MCDONOUGH, KEVIN) (Entered: 07/27/2018) |
| 07/27/2018 | Ï 6 | Corporate Disclosure Statement by SWITCH, INC.. (MCDONOUGH, KEVIN) (Entered: 07/27/2018) |
| 07/27/2018 | Ï 7 | MOTION for Leave to Appear Pro Hac Vice *of Andrew Gray, Joshua G. Hamilton, and Michele D. Johnson* by GABE NACHT, ROB ROY, ZAREH SARRAFIAN, DONALD SNYDER, SWITCH, INC., TOM THOMAS, BRYAN WOLF. (Attachments: # 1 Certification of Kevin M. McDonough in Support of Admission of Counsel Pro Hac Vice, # 2 Certification of Andrew Gray in Support of Admission Pro Hac Vice, # 3 Certification of Joshua G. Hamilton in Support of Admission Pro Hac |

| | | |
|---|---|---|
| | | Vice, # 4 Certification of Michele D. Johnson in Support of Admission Pro Hac Vice, # 5 Text of Proposed Order, # 6 Certificate of Service)(MCDONOUGH, KEVIN) (Entered: 07/27/2018) |
| 07/27/2018 | Ï 8 | MOTION to Transfer Case to United States District Court for the District of Nevada by GABE NACHT, ROB ROY, ZAREH SARRAFIAN, DONALD SNYDER, SWITCH, INC., TOM THOMAS, BRYAN WOLF. (Attachments: # 1 Certification Pursuant to Local Civil Rule 11.2, # 2 Text of Proposed Order, # 3 Memorandum of Law in Support of Switch Defendants' Motion to Transfer Venue, # 4 Declaration of Gabe Nacht in Support of Switch Defendants' Motion to Transfer Venue, # 5 Declaration of Andrew Gray in Support of Switch Defendants' Motion to Transfer Venue, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 21 Exhibit P, # 22 Exhibit Q, # 23 Exhibit R, # 24 Exhibit S, # 25 Certificate of Service)(MCDONOUGH, KEVIN) (Entered: 07/27/2018) |
| 07/30/2018 | Ï | Set Deadlines as to 7 MOTION for Leave to Appear Pro Hac Vice *of Andrew Gray, Joshua G. Hamilton, and Michele D. Johnson*. Motion set for 8/20/2018 before Magistrate Judge Douglas E. Arpert. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mmh) (Entered: 07/30/2018) |
| 07/30/2018 | Ï | Sett Deadlines as to 8 MOTION to Transfer Case to United States District Court for the District of Nevada. Motion set for 8/20/2018 before Judge Anne E. Thompson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mmh) (Entered: 07/30/2018) |
| 08/03/2018 | Ï 9 | STIPULATION re 8 MOTION to Transfer Case to United States District Court for the District of Nevada by GABE NACHT, ROB ROY, ZAREH SARRAFIAN, DONALD SNYDER, SWITCH, INC., TOM THOMAS, BRYAN WOLF. (Attachments: # 1 Certificate of Service)(MCDONOUGH, KEVIN) (Entered: 08/03/2018) |
| 08/03/2018 | Ï 10 | STIPULATION re 1 Complaint,, *Joint Stipulation and [Proposed] Order Extending Deadlines for Defendants to Respond to the Complaint* by GABE NACHT, ROB ROY, ZAREH SARRAFIAN, DONALD SNYDER, SWITCH, INC., TOM THOMAS, BRYAN WOLF. (Attachments: # 1 Certificate of Service)(MCDONOUGH, KEVIN) (Entered: 08/03/2018) |
| 08/06/2018 | Ï 11 | JOINT STIPULATION AND ORDER Extending Deadlines for Defendants to Respond to Complaint. Signed by Judge Anne E. Thompson on 8/6/2018. (mmh) (Entered: 08/06/2018) |
| 08/06/2018 | Ï 12 | Joint Stipulation and Order to Transfer Venue. The Court directs that this action be transferred to the United States District Court for the District of Nevada. Signed by Judge Anne E. Thompson on 8/6/2018. (mmh) (Entered: 08/06/2018) |