| | |
|---|---|
| Todd L. Bice, Esq., Bar No. 4534<br>TLB@pisanellibice.com<br>Ava M. Schaefer, Esq., Bar No. 12698<br>AMS@pisanellibice.com<br>PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone: 702.214.2100<br>Facsimile: 702.214.2101<br><br>*Attorneys for Switch, Inc., Rob Roy,*<br>*Gabe Nacht, Zareh Sarrafian,*<br>*Donald Snyder, Tom Thomas, and*<br>*Bryan Wolf* | Joshua G. Hamilton (*pro hac vice* forthcoming)<br>joshua.hamilton@lw.com<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Telephone: 424.653.5500<br>Facsimile: 454.653.5501<br><br>Michele D. Johnson (*pro hac vice* forthcoming)<br>michele.johnson@lw.com<br>Andrew R. Gray (*pro hac vice* forthcoming)<br>andrew.gray@lw.com<br>LATHAM & WATKINS LLP<br>650 Town Center Dr.<br>Costa Mesa, CA 92626<br>Telephone: 714.540.1235<br>Facsimile: 714.755.8290 |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINGBO CAI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SWITCH, INC., ROB ROY, GABE NACHT, ZAREH SARRAFIAN, DONALD SNYDER, TOM THOMAS, BRYAN WOLF, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, JEFFERIES LLC, BTIG, LLC, RAYMOND JAMES & ASSOCIATES, INC., STIFEL, NICOLAUS & COMPANY, INC., and WILLIAM BLAIR & COMPANY, L.L.C.<br><br>Defendants. | Case No. 2:18-cv-01471-JCM-VCF<br><br>**MOTION TO WITHDRAW AND REMOVE FROM SERVICE LIST** |

Attorney Kevin McDonough of LATHAM & WATKINS LLP hereby withdraws his representation of Defendants Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf (the "Switch Defendants") in the above-captioned matter and respectfully requests that this court remove him from the electronic service list.

1

Attorneys Todd L. Bice and Ava M. Schaefer of PISANELLI BICE PLLC and attorneys Joshua G. Hamilton (*pro hac vice* forthcoming), Michele D. Johnson (*pro hac vice* forthcoming), and Andrew R. Gray (*pro hac vice* forthcoming) of LATHAM & WATKINS LLP remain the Switch Defendants' counsel of record.

DATED this 20th day of September 2018.

    PISANELLI BICE PLLC

By: */s/ Todd L. Bice*
    Todd L. Bice, Esq., Bar No. 4534
    Ava M. Schaefer, Esq., Bar No. 12698
    PISANELLI BICE PLLC
    400 South 7th Street, Suite 300
    Las Vegas, NV 89101

and

Joshua G. Hamilton (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Michele D. Johnson (*pro hac vice* forthcoming)
Andrew R. Gray (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
650 Town Center Dr.
Costa Mesa, CA 92626

Kevin M. McDonough
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022

*Attorneys for Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 20, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 20 day of September 2018, I caused to be served a true and correct copy of the above and foregoing **MOTION TO WITHDRAW AND REMOVE FROM SERVICE LIST** to the following:

<u>VIA THE COURT'S CM/ECF ELECTRONIC SERVICE SYSTEM:</u>

Laurence M. Rosen
THE ROSEN LAW FIRM, P.A.
609 W. South Orange Ave., Suite 2P
South Orange, NJ  07079

*Counsel for Plaintiff Mingbo Cai*

Arthur C. Leahy
James I Jaconette
Brian O. O'Mara
Danielle S. Myers
Matthew I. Alpert
Michael Albert
ROBBINS GELLER RUDMAN &
DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101

*Counsel for Kissimmee Utility Authority Employees' Retirement Plan*

Mark E. Ferrario, Esq.
Christopher R. Miltenberger Esq.
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV  89135

*Attorneys for Goldman Sachs & Co. LLC, JP. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, LLC, Citigroup Global Markets Inc., Credit Suisse Securities, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., and William Blair & Company, L.L.C.*

/ / /

Andrew R. Muehlbauer, Esq.
MUEHLBAUER LAW OFFICE, LTD.
7915 West Sahara Ave., Suite 104
Las Vegas, NV  89117

*Counsel for Oscar Farach*

Patrick R. Leverty, Esq.
LEVERTY & ASSOCIATES LAW CHTD.
Reno Gould House
832 Willow Street
Reno, NV  89502

Laurence M. Rosen, Esq.
Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Ave., 34th Floor
New York, NY  10016

*Counsel for Donald Powell and Thomas Moore*

Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

*Counsel for Oscar Farach*

3

**VIA U.S. MAIL:**

| | |
|---|---|
| David C. O'Mara<br>THE O'MARA LAW FIRM, P.C.<br>311 East Liberty Street<br>Reno, NV 89501<br><br>Scott Christiansen<br>CHRISTIANSEN & DEHNER, P.A.<br>63 Sarasota Center Blvd., Suite 107<br>Sarasota, FL 34240<br><br>*Counsel for Kissimmee Utility Authority*<br>*Employees' Retirement Plan* | Jeremy A. Leiberman<br>J. Alexander Hood II<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br><br>Patrick V. Dahlstrom<br>POMERANTZ LLP<br>Ten South La Salle Street, Suite 3505<br>Chicago, IL 60603<br><br>*Counsel for Donald Powell and Thomas Moore* |

/s/ *signature*
An employee of PISANELLI BICE PLLC