**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MINGO CAI, | Case No. 2:18-CV-1471 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| SWITCH, INC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Cai v. Switch, Inc. et al*, case number 2:18-cv-01471-JCM-VCF.

On September 21, 2018, attorneys Kendall M. Howes, Michele D. Johnson, Andrew Gray, and Joshua G. Hamilton filed separate verified petitions to practice pro hac vice in the District of Nevada. (ECF Nos. 34–37).

However, pursuant to Local Rule IC 5-1(d), where a filer electronically files a document containing the signatures of multiple parties or attorneys,

> the filer must obtain either the original signature or consent to apply the "/s/[name]" signature of each party or attorney. The filer who files the document with the other parties' electronic signatures must maintain, for the duration of the case and any subsequent appeal, the document with the original signatures and/or proof that the other parties consented to the use of their "/s/[name]" signature.

LR IC 5-1(d).

In each of the aforementioned verified petitions, the petitioners attached identical signature pages containing what appear to be the electronic signatures of each of the defendants in this case. Accordingly, because petitioners have neither obtained the original signatures of each of the

parties, nor applied the "/s/[name]" signature format for each of the parties, these verified petitions fail to comply with the local rules.

Further, each of the verified petitions fails to properly format the name and title entry below the signature line for "Sam Castor." *See* (ECF Nos. 34–37). The title beneath Sam Castor's signature reads "Switch Inc., Title." *Id.* Should petitioners elect to resubmit their verified petitions in accordance with the rules, they are instructed to fix this typographical error as well.

In accordance with the foregoing, the court denies Howes, Johnson, Gray, and Hamilton's verified petitions (ECF Nos. 34–37). *See* LR IA 11-2(h) ("The court may grant or deny a petition to practice under this rule."). Petitioners shall file, within ten (10) days of the entry of this order, a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED September 26, 2018.

                                                                    UNITED STATES DISTRICT JUDGE