| | |
|---|---|
| 1 | ANDREW R. MUEHLBAUER, ESQ.<br>Nevada Bar No. 10161 |
| 2 | **MUEHLBAUER LAW OFFICE, LTD.**<br>7915 West Sahara Ave., Suite 104 |
| 3 | Las Vegas, Nevada 89117<br>Telephone: 702.330.4505 |
| 4 | Facsimile: 702.825.0141<br>andrew@mlolegal.com |
| 5 | |
| 6 | *Attorneys for Plaintiffs*<br>*[Additional counsel on signature page]* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINGBO CAI, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SWITCH, INC., ROB ROY, GABE NACHT, ZAREH SARRAFIAN, DONALD SNYDER, TOM THOMAS, BRYAN WOLF, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, JEFFERIES LLC, BTIG, LLC, RAYMOND JAMES & ASSOCIATES, INC., STIFEL, NICOLAUS & COMPANY, INC., and WILLIAM BLAIR & COMPANY, LLC,<br><br>Defendants. | CASE NO.: 2:18-cv-01471-JCM-VCF<br><br>**JOINT STIPULATION RE FILING OF AMENDED COMPLAINT AND SUBSEQUENT BRIEFING** |

It is HEREBY stipulated, by and among the parties, as follows:

WHEREAS, on June 11, 2018, Plaintiff Mingbo Cai, individually and on behalf of all others similarly situated, filed the initial complaint in the above-captioned action (Dkt. No. 1);

WHEREAS, on August 6, 2018, Judge Anne E. Thompson of the U.S. District Court for the District of New Jersey entered an order: (1) granting the parties' stipulation extending the deadline for Defendants to respond to the complaint; and (2) directing that the parties meet and confer

---

JOINT STIPULATION RE AMENDED COMPLAINT

regarding deadlines for an amended complaint and any motion(s) to dismiss, and jointly submit their proposed deadlines (Dkt. No. 11);

WHEREAS, on August 6, 2018, Judge Thompson entered a further order directing that this action be transferred to the U.S. District Court for the District of Nevada (Dkt. No. 12);

WHEREAS, on September 6, 2018, this Court entered an order: (1) appointing Oscar Farach ("Lead Plaintiff") as Lead Plaintiff for the Class; and (2) approving Lead Plaintiff's selection of Glancy Prongay & Murry LLP as Lead Counsel and Muehlbauer Law Office, Ltd. as Liaison Counsel (Dkt. No. 16);

WHEREAS, now that the Court has appointed a Lead Plaintiff and Lead Counsel, Plaintiffs intend to amend their complaint in this action, and Defendants anticipate filing a motion to dismiss the amended complaint;

WHEREAS, counsel for Plaintiffs and counsel for Defendants have met and conferred and, in the interests of efficiency and avoiding scheduling conflicts, have agreed on deadlines for (1) the filing of Plaintiffs' amended complaint and (2) the briefing on Defendants' anticipated motion to dismiss;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and subject to this Court's approval and order, as follows:

1. Plaintiffs shall have until October 12, 2018 to file their amended complaint;

2. Defendants shall have until November 19, 2018 to file any motion(s) to dismiss the amended complaint;

3. Plaintiffs shall have until December 21, 2018 to file any opposition(s) to Defendants' motion(s) to dismiss; and

4. Defendants shall have until January 21, 2019 to file any reply/replies in support of their motion(s);

5. Nothing in this stipulation is intended to waive or prejudice any party's right to seek any relief in this matter, including without limitation a stay of proceedings, or to take any action with respect to the matter captioned *In re Switch, Inc. Securities Litigation*, Lead Case No.: A-18-

773212-B, currently pending in the Eighth Judicial District Court, Clark County, Nevada.

IT IS SO STIPULATED.

Dated: September 18, 2018        MUEHLBAUER LAW OFFICE, LTD.


                                 By:    /s/ Andrew R. Muehlbauer
                                     Andrew R. Muehlbauer, Esq.
                                     7915 West Sahara Ave., Suite 104
                                     Las Vegas, NV 89117

                                 *Liaison Counsel for Lead Plaintiff and the Class*

                                 GLANCY PRONGAY & MURRAY LLP
                                 Robert V. Prongay, Esq.
                                 Casey E. Sadler, Esq.
                                 Robert H. Gruber, Esq.
                                 1925 Century Park East, Suite 2100
                                 Los Angeles, CA 90067

                                 *Lead Counsel for Lead Plaintiff and the Class*


Dated: September 18, 2018        PISANELLI BICE PLLC


                                 By:    /s/ Todd L. Bice
                                     Todd L. Bice, Esq., Bar No. 4534
                                     Ava M. Schaefer, Esq., Bar No. 12698
                                     400 South 7th Street, Suite 300
                                     Las Vegas, NV 89101

                                 LATHAM & WATKINS LLP
                                 Michele D. Johnson (*pro hac vice* forthcoming)
                                 Andrew R. Gray (*pro hac vice* forthcoming)
                                 650 Town Center Dr.
                                 Costa Mesa, CA 92626

                                 LATHAM & WATKINS LLP
                                 Joshua G. Hamilton (*pro hac vice* forthcoming)
                                 10250 Constellation Blvd., Suite 1100
                                 Los Angeles, CA 90067

                                 *Attorneys for Defendants Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf*

JOINT STIPULATION RE AMENDED COMPLAINT

| | |
|---|---|
| Dated: September 18, 2018 | GREENBERG TRAURIG, LLP |
| | By: /s/ Mark E. Ferrario |
| | Mark E. Ferrario, Esq. |
| | Christopher R. Miltenberger, Esq. |
| | 10845 Griffith Peak Drive, Suite 600 |
| | Las Vegas, NV 89135 |

*Attorneys for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, LLC, Citigroup Global Markets, Inc., Credit Suisse Securities LLC, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., and William Blair & Company, LLC*

### [PROPOSED] ORDER

Pursuant to the Parties' stipulation, Plaintiffs shall have until **October 12, 2018** to file their amended complaint in this action. Defendants shall have until **November 19, 2018** to file any motion(s) to dismiss the amended complaint. Plaintiffs shall have until **December 21, 2018** to file any opposition(s) to Defendants' motion(s) to dismiss. Defendants shall have until **January 21, 2019** to file any reply/replies in support of their motion(s).

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-28-2018

JOINT STIPULATION RE AMENDED COMPLAINT

418902.2 SWITCH
US-DOCS\103295515.1