UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MINGO CAI,<br><br>Plaintiff(s),<br><br>v.<br><br>SWITCH, INC., et al.,<br><br>Defendant(s). | Case No. 2:18-CV-1471 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Cai v. Switch, Inc. et al*, case number 2:18-cv-01471-JCM-VCF.

On September 26, 2018, attorneys Casey E. Sadler, Robert V. Prongay, Lionel Z. Glancy, and Lesley F. Portnoy filed separate verified petitions to practice pro hac vice in the District of Nevada. (ECF Nos. 39–42).

However, pursuant to Local Rule IC 5-1(d), where a filer electronically files a document containing the signatures of multiple parties or attorneys,

> the filer must obtain either the original signature or consent to apply the "/s/[name]" signature of each party or attorney. The filer who files the document with the other parties' electronic signatures must maintain, for the duration of the case and any subsequent appeal, the document with the original signatures and/or proof that the other parties consented to the use of their "/s/[name]" signature.

LR IC 5-1(d).

In each of the aforementioned verified petitions, the petitioners attached identical signature pages containing an electronic signature for plaintiff Oscar Farach. Accordingly, because petitioners have neither obtained plaintiff's original signature, nor applied the "/s/[name]" signature format for plaintiff, these verified petitions fail to comply with the local rules.

**James C. Mahan**
**U.S. District Judge**

In accordance with the foregoing, the court denies Sadler, Prongay, Glancy, and Portnoy's verified petitions (ECF Nos. 39–42). *See* LR IA 11-2(h) ("The court may grant or deny a petition to practice under this rule."). Petitioners shall file, within ten (10) days of the entry of this order, a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED October 3, 2018.

_____
UNITED STATES DISTRICT JUDGE