ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
andrew@mlolegal.com

*Attorneys for Plaintiffs*
*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINGBO CAI, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SWITCH, INC., ROB ROY, GABE NACHT, ZAREH SARRAFIAN, DONALD SNYDER, TOM THOMAS, BRYAN WOLF, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, JEFFERIES LLC, BTIG, LLC, RAYMOND JAMES & ASSOCIATES, INC., STIFEL, NICOLAUS & COMPANY, INC., and WILLIAM BLAIR & COMPANY, LLC,<br><br>Defendants. | CASE NO.: 2:18-cv-01471-JCM-VCF<br><br>**JOINT STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO STRIKE** |

It is HEREBY stipulated, by and among the parties, as follows:

WHEREAS, on September 18, 2018, Lead Plaintiff Oscar Farach ("Lead Plaintiff") and Defendants filed a Joint Stipulation re Filing of Amended Complaint and Subsequent Briefing, which set the dates for the filing of an amended complaint, Defendants' motion to dismiss (if any), and any subsequent briefing thereon (Dkt. No. 29);

JOINT STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO STRIKE

WHEREAS, on September 28, 2018, Magistrate Judge Cam Ferenbach granted the stipulation and set the following schedule for the amended complaint and Defendants' motion to dismiss:

1. Plaintiffs shall have until October 12, 2018 to file their amended complaint;

2. Defendants shall have until November 19, 2018 to file any motion(s) to dismiss the amended complaint;

3. Plaintiffs shall have until December 21, 2018 to file any opposition(s) to Defendants' motion(s) to dismiss; and

4. Defendants shall have until January 21, 2019 to file any reply/replies in support of their motion(s) (Dkt. No. 43);

WHEREAS, on October 12, 2018, Lead Plaintiff timely filed his Amended Complaint for Violations of the Federal Securities Laws (Dkt. No. 58);

WHEREAS, on November 19, 2018, Defendants Switch, Inc. ("Switch"), Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf (collectively, the "Switch Defendants") timely filed a Motion to Dismiss Plaintiff's Amended Complaint for Violations of the Federal Securities Laws (the "Motion to Dismiss") (Dkt. No. 60);

WHEREAS, on November 19, 2018, the Switch Defendants additionally filed a Motion to Strike Allegations from Plaintiff's Amended Class Action Complaint for Violation of the Securities Laws Pursuant to Federal Rule of Civil Procedure 12(f) (the "Motion to Strike") (Dkt. No. 63);

WHEREAS, on November 20, 2018, Defendants BMO Capital Markets Corp., BTIG, LLC, Citigroup Global Markets, Inc., Credit Suisse Securities (USA) LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., Wells Fargo Securities, LLC, William Blair & Company, L.L.C. (collectively, the "Underwriter Defendants"), filed a Joinder to the Motion to Dismiss (Dkt. No. 64);

1 | WHEREAS, on November 20, 2018, Underwriter Defendants additionally filed a Joinder to the Motion to Strike (Dkt. No. 66);

WHEREAS, pursuant to Local Rule 7-2(b), Lead Plaintiff would have 14 days to respond to the Motion to Strike, and Defendants would have 7 days thereafter to file a reply;

WHEREAS, since the Motion to Strike is related to the Motion to Dismiss and incorporates by reference sections of the Motion to Dismiss, counsel for Plaintiffs and counsel for Defendants have met and conferred and have agreed that simultaneous briefing of the two motions would best serve the interests of efficiency and judicial economy.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and subject to this Court's approval and order, as follows:

1. Lead Plaintiff shall have until December 21, 2018 to file an opposition to the Motion to Strike; and

2. Defendants shall have until January 21, 2019 to file a reply in support of their Motion to Strike.

IT IS SO STIPULATED.

Dated: November 21, 2018			GLANCY PRONGAY & MURRAY LLP

By: *s/ Robert V. Prongay*
Robert V. Prongay, Esq.
Casey E. Sadler, Esq.
Robert H. Gruber, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

*Lead Counsel for Lead Plaintiff and the Class*

MUEHLBAUER LAW OFFICE, LTD.
Andrew R. Muehlbauer, Esq.
7915 West Sahara Ave., Suite 104
Las Vegas, NV 89117

*Liaison Counsel for Lead Plaintiff and the Class*

| | | |
|---|---|---|
| Dated: November 21, 2018 | | PISANELLI BICE PLLC |

By: *s/ Ava M. Schaefer*
Todd L. Bice, Esq., Bar No. 4534
Ava M. Schaefer, Esq., Bar No. 12698
400 South 7th Street, Suite 300
Las Vegas, NV 89101

LATHAM & WATKINS LLP
Michele D. Johnson (*Pro Hac Vice* Pending)
Andrew R. Gray (*Pro Hac Vice* Pending)
650 Town Center Dr.
Costa Mesa, CA 92626

LATHAM & WATKINS LLP
Joshua G. Hamilton (*Pro Hac Vice* Pending)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

LATHAM & WATKINS LLP
Kendall M. Howes (Admitted *Pro Hac Vice*)
355 S Grand Ave., Suite 100
Los Angeles, CA 90071

*Attorneys for Defendants Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf*

Dated: November 21, 2018                GREENBERG TRAURIG, LLP

By: *s/ Christopher R. Miltenberger*
Mark E. Ferrario, Esq. (Bar No. 1625)
Christopher R. Miltenberger (Bar No. 10153)
3773 Howard Hughes Parkway Suite 400 North
Las Vegas, Nevada 89169

GREENBERG TRAURIG, LLP
Daniel J. Tyukody, Esq. (*Pro Hac Vice* Forthcoming)
1840 Century Park East, Suite 1900
Los Angeles, Ca 90067-2121

*Attorney For Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, Llc, Citigroup Global Markets Inc., Credit Suisse Securities, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., and William Blair & Company, L.L.C.*

JOINT STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO STRIKE

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, Lead Plaintiff shall have until **December 21, 2018** to file an opposition to the Motion to Strike. Defendants shall have until **January 21, 2019** to file a reply in support of their Motion to Strike.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-21-2018

JOINT STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO STRIKE

418902.2 SWITCH
| US-DOCS\104289783

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY ELECTRONIC POSTING** |
| 2 | I, the undersigned say: |
| 3 | I am not a party to the above case, and am over eighteen years old. On November 21, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the District of Nevada, for receipt electronically by the parties listed on the Court's Service List. |
| 7 | I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 21, 2018, at Los Angeles, California. |

*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 2:18-cv-01471-JCM-VCF Cai v. Switch, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Todd L. Bice**
  lit@pisanellibice.com,cmc@pisanellibice.com,tlb@pisanellibice.com,dhh@pisanellibice.com

- **Mark E Ferrario**
  ferrariom@gtlaw.com,rosehilla@gtlaw.com,lvlitdock@gtlaw.com,sheffieldm@gtlaw.com

- **Lionel Z. Glancy**
  INFO@GLANCYLAW.COM,lionel-glancy-2522@ecf.pacerpro.com,lglancy@glancylaw.com

- **Kendall M. Howes**
  kendall.howes@lw.com

- **Michele D Johnson**
  michele.johnson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,kristen.fechner@lw.com

- **Christopher R Miltenberger**
  miltenbergerc@gtlaw.com,rosehilla@gtlaw.com,lvlitdock@gtlaw.com

- **Andrew R. Muehlbauer**
  andrew@mlolegal.com,witty@mlolegal.com,sean@mlolegal.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert V. Prongay**
  rprongay@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Ava M. Schaefer**
  ams@pisanellibice.com,lit@pisanellibice.com,cct@pisanellibice.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Andrew              R. Gray
Latham & Watkins
650 Town Center Dr.
Costa Mesa, CA 92626
```

**Joshua G. Hamilton**
Latham & Watkins LLP
10250 Constellation Blvd  Ste 1100
Los Angeles, CA 90067

**Lesley F. Portnoy**
Glancy Prongay & Murray LLP
1925 Century Park East  Ste 2100
Los Angeles, CA 90067

**Casey Sadler**
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067