# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MINGO CAI,

        Plaintiff(s),

vs.

Switch, Inc., Rob Roy, Gabriel Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf,

        Defendant(s).

Case #2:18-cv-01471

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Joshua G. Hamilton_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Latham & Watkins, LLP
(firm name)

with offices at _____10250 Constellation Blvd., Suite 1100_____,
(street address)

_____Los Angeles_____, _____California_____, _____90067_____,
(city)                                  (state)                              (zip code)

_____(213) 485-1234_____, _____joshua.hamilton@lw.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Switch, Inc., et al.,_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   12/8/1998  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of   California  
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____Los Angeles____ )

____Joshua G. Hamilton____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

12th day of September, 2018.

_____
Notary Public or Clerk of Court

F. REIDELBACH
Notary Public - California
Los Angeles County
Commission # 2250356
My Comm. Expires Aug 13, 2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Todd L. Bice____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Pisanelli Bice, LLC, 400 South 7th Street, Suite 300____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)         (state)         (zip code)

____702 214-2100____, ____tlb@pisanellibice.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Todd L. Bice_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

see attached page for signatures
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4534          tlb@pisanellibice.com
Bar number    Email address

APPROVED:

Dated: November 27, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

By this designation the petitioner and undersigned parties agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned parties appoint Todd L. Bice as their Designated Resident Nevada Counsel in this case.

/s/  Sam Castor
Sam Castor, EVP Policy and Deputy General Counsel, on behalf of Defendant Switch, Inc.

/s/  Rob Roy
Rob Roy, Defendant

/s/  Gabriel Nacht
Gabriel Nacht, Defendant

/s/  Zareh Sarrafian
Zareh Sarrafian, Defendant

/s/  Donald Snyder
Donald Snyder, Defendant

/s/  Tom Thomas
Tom Thomas, Defendant

/s/  Bryan Wolf
Bryan Wolf, Defendant

# ATTACHMENT A

U.S. Court of Appeals for the 6th Circuit, December 3, 2003

U.S. Court of Appeals for the 9th Circuit, August 16, 2000

U.S. District Court - Central District of California, December 8, 1998

U.S. District Court - District of Colorado, May 30, 2007

U.S. District Court - Eastern District of California, May 14, 2012

U.S. District Court - Northern District of California, August 26, 2004

U.S. District Court - Southern District of California, December 22, 1999

U.S. Supreme Court, May 31, 2011



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JOSHUA GARRETT HAMILTON*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Joshua Garrett Hamilton, #199610, was on the 8th day of December, 1998 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 21st day of September 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Robert Toy, Deputy Clerk