1  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com
2  Ava M. Schaefer, Esq., Bar No. 12698
   AMS@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, NV 89101
   Telephone:  702.214.2100
5  Facsimile:   702.214.2101

6  *Attorneys for Switch, Inc., Rob Roy,
   Gabe Nacht, Zareh Sarrafian,*
7  *Donald Snyder, Tom Thomas, and
   Bryan Wolf*

8  [Additional counsel identified on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINGBO CAI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SWITCH, INC., ROB ROY, GABE NACHT, ZAREH SARRAFIAN, DONALD SNYDER, TOM THOMAS, BRYAN WOLF, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, JEFFERIES LLC, BTIG, LLC, RAYMOND JAMES & ASSOCIATES, INC., STIFEL, NICOLAUS & COMPANY, INC., and WILLIAM BLAIR & COMPANY, L.L.C.<br><br>Defendants. | Case No. 2:18-cv-01471-JCM-VCF<br><br>**JOINT STIPULATION RE DEADLINE TO FILE REPLIES IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE** |

Defendants Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf (collectively, the "Switch Defendants"), Defendants BMO Capital Markets Corp., BTIG, LLC, Citigroup Global Markets, Inc., Credit Suisse Securities (USA) LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., Wells Fargo Securities, LLC, William Blair & Company, L.L.C. (collectively, the "Underwriter Defendants") (Switch Defendants and

Underwriter Defendants, together "Defendants"), and Lead Plaintiff Oscar Farach ("Lead Plaintiff") (Switch Defendants, Underwriter Defendants, and Lead Plaintiff, collectively the "Parties"), state the following:

1. On September 28, 2018, this Court granted the Parties' stipulation setting the dates for the filing of an amended complaint, Defendants' motion to dismiss (if any), and any subsequent briefing thereon. (*See* ECF No. 43, Order.) The stipulation and order provides that, *inter alia*, Defendants shall have until January 21, 2019 to file any reply/replies in support of their motion(s). (*Id.*)

2. On November 21, 2018, this Court granted the Parties' stipulation to brief Defendants' Motion to Strike (ECF No. 63) simultaneously with Defendants' Motion to Dismiss (ECF No. 60). (*See* ECF No. 71, Order.) The stipulation and order provides that, *inter alia*, Defendants shall have until January 21, 2019 to file a reply in support of their Motion to Strike. (*Id.*)

3. For the avoidance of any doubt, the Parties agree that as January 21, 2019 is Martin Luther King Jr.'s Birthday, a Legal Holiday (*see* FRCP 6(a)(6)), the deadline for Defendants to file

///

1 any reply/replies in support of their Motion to Dismiss and the deadline for Defendants to file a
2 reply in support of their Motion to Strike shall be January 22, 2019.
3     IT IS SO AGREED AND STIPULATED.

Dated: November 29, 2018                    PISANELLI BICE PLLC

By:   /s/ Ava M. Schaefer
Todd L. Bice, Esq., Bar No. 4534
Ava M. Schaefer, Esq., Bar No. 12698
400 South 7th Street, Suite 300
Las Vegas, NV 89101

LATHAM & WATKINS LLP
Joshua G. Hamilton (Admitted *Pro Hac Vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

LATHAM & WATKINS LLP
Michele D. Johnson (Admitted *Pro Hac Vice*)
Andrew R. Gray (Admitted *Pro Hac Vice*)
650 Town Center Dr.
Costa Mesa, CA 92626

LATHAM & WATKINS LLP
Kendall M. Howes (Admitted *Pro Hac Vice*)
355 S Grand Ave., Suite 100
Los Angeles, CA 90071

*Attorneys for Defendants Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf*

Dated: November 29, 2018                    MUEHLBAUER LAW OFFICE, LTD.

By:   /s/ Andrew R. Muehlbauer
Andrew R. Muehlbauer, Esq.
7915 West Sahara Ave., Suite 104
Las Vegas, NV 89117

*Liaison Counsel for Lead Plaintiff and the Class*

GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay, Esq.
Casey E. Sadler, Esq.
Robert H. Gruber, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

*Lead Counsel for Lead Plaintiff and the Class*

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

Dated: November 29, 2018

GREENBERG TRAURIG, LLP

By: /s/ Christopher R. Miltenberger
Mark E. Ferrario, Esq. (Bar No. 1625)
Christopher R. Miltenberger (Bar No. 10153)
3773 Howard Hughes Parkway Suite 400 North
Las Vegas, NV 89169

GREENBERG TRAURIG, LLP
Daniel J. Tyukody, Esq. (*Pro Hac Vice* Forthcoming)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

*Attorney For Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, Llc, Citigroup Global Markets Inc., Credit Suisse Securities, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., and William Blair & Company, L.L.C.*

### [PROPOSED] ORDER

Pursuant to the Parties' stipulation, Defendants shall have until **January 22, 2019** to file any reply/replies in support of their Motion(s) to Dismiss and to file a reply in support of their Motion to Strike.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-14-2018

4