**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MINGBO CAI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff(s),

vs.

SWITCH, INC., et al.

Defendant(s).

Case #2:18-CV-01471-JCM-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Daniel J. Tyukody (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

GREENBERG TRAURIG, LLP
(firm name)

with offices at 1840 Century Park East, Suite 1900 (street address),

Los Angeles (city), California (state), 90067 (zip code),

310-586-7700 (area code + telephone number), tyukodyd@gtlaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Goldman Sachs & Co. LLC, et al. (see attach.) [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

Rev. 5/16

3. That since June 10, 1986 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | June 23, 1986 | 123323 |
| Ninth Circuit Court of Appeals | March 25, 1994 | 123323 |
| Southern District of California | July 24, 1996 | 123323 |
| U.S. Supreme Court | June 16, 2008 | 123323 |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

California State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 20, 2018 | In re SWITCH, INC. | Eighth Judicial District Court | Granted |
| October 22, 2018 | Checkman v. Allegiant | USDC, District of Nevada | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF California )
)
COUNTY OF Los Angeles )

Daniel J. Tyukody, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

28th day of November, 2018.

Notary Public or Clerk of Court

CHRISTINE C. CRONKRITE
COMM. # 2092475
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JAN. 2, 2019

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Mark E. Ferrario (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

10845 Griffith Peak Drive, Suite 600, (street address)

Las Vegas (city), Nevada (state), 89135 (zip code),

702-792-3773 (area code + telephone number), ferrariom@gtlaw.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

(party's signature)

JONATHAN A. SCHORR, MANAGING DIRECTOR GOLDMAN SACHS & CO. LLC
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1625 ferrariom@gtlaw.com
Bar number Email address

APPROVED:

Dated: this ______ day of ______________, 20___.

UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

(party's signature)

JONATHAN A. SCHORR, MANAGING DIRECTOR GOLDMAN SACHS & CO. LLC
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1625 ferrariom@gtlaw.com
Bar number Email address

APPROVED:

Dated: this ______ day of ______________, 20___.

UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Mark E. Ferrario (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

(Jeffrey Lipman)
(party's signature)

Managing Director, J.P. Morgan Securities LLC
(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1625 — Bar number
ferrariom@gtlaw.com — Email address

APPROVED:

Dated: this ______ day of ______________, 20___.

UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

[signature]
(party's signature)

BMO Capital Markets Corp. - by Charlene Yanezu, Associate General Counsel & Managing Director
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

| 1625 | ferrariom@gtlaw.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this ______ day of ________________, 20___.

UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_______________________
(party's signature)

Robert Mulligan, Chief Compliance Officer
(type or print party name, title) Wells Fargo Securities, LLC

_______________________
(party's signature)

_______________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_______________________
Designated Resident Nevada Counsel's signature

1625 ferrariom@gtlaw.com
Bar number Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

_______________________
UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

(party's signature)

KATHARINE EVANS
(type or print party name, title)

SVP, CITIGROUP GLOBAL
(party's signature)
MARKETS INC.

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1625 — ferrariom@gtlaw.com
Bar number — Email address

APPROVED:

Dated: this ______ day of ______________, 20___.

UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

______________________________
(party's signature)

Credit Suisse Securities (USA) LLC, Director and Counsel
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

______________________________
Designated Resident Nevada Counsel's signature

1625 — Bar number

ferrariom@gtlaw.com — Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

______________________________
UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

Joseph A. Kane
(party's signature)

Jefferies LLC - Ass't General Counsel
(type or print party name, title)

____________________________
(party's signature)

____________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

____________________________
Designated Resident Nevada Counsel's signature

| 1625 | ferrariom@gtlaw.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this ______ day of ________________, 20___.

____________________________
UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario as (name of local counsel) his/her/their Designated Resident Nevada Counsel in this case.

BTIG, LLC

[signature]
(party's signature)

Steven Dreskin, General Counsel
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

| 1625 | ferrariom@gtlaw.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this ______ day of ______________, 20___.

UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

[signature]
(party's signature)

ROBERT M. RUDNICKI
(type or print party name, title)

ASSOCIATE GENERAL COUNSEL - DIRECTOR OF LITIGATION
(party's signature)

RAYMOND JAMES & ASSOCIATES, INC.

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1625 ferrariom@gtlaw.com
Bar number Email address

APPROVED:

Dated: this ______ day of ______________, 20___.

UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

[signature]
(party's signature)

John Colombo, Stifel, Deputy General Counsel
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1625 | ferrariom@gtlaw.com
Bar number | Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark E. Ferrario as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

(party's signature)

William Blair & Co.
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1625 | ferrariom@gtlaw.com
Bar number | Email address

APPROVED:

Dated: January 18, 2019.

UNITED STATES DISTRICT JUDGE

# ATTACHMENT TO VERIFIED PETITION FOR DANIEL J. TYUKODY'S PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

2.That Petitioner has been retained personally or as a member of the law firm by Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, LLC, Citigroup Global Markets Inc., Credit Suisse Securities, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., and William Blair & Company, L.L.C.

THE STATE BAR
OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617 TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 21, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL JOHN TYUKODY, JR., #123323 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records