| | | |
|---|---|---|
| 1 | Todd L. Bice, Bar No. 4534<br>TLB@pisanellibice.com | Michele D. Johnson (Admitted *Pro Hac Vice*)<br>michele.johnson@lw.com |
| 2 | Ava M. Schaefer, Bar No. 12698<br>AMS@pisanellibice.com | Andrew R. Gray (Admitted *Pro Hac Vice*)<br>andrew.gray@lw.com |
| 3 | PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300 | LATHAM & WATKINS LLP<br>650 Town Center Dr. |
| 4 | Las Vegas, NV 89101<br>Telephone: 702.214.2100 | Costa Mesa, CA 92626<br>Telephone: 714.540.1235 |
| 5 | Facsimile: 702.214.2101 | Facsimile: 714.755.8290 |
| 6 | | Joshua G. Hamilton (Admitted *Pro Hac Vice*)<br>joshua.hamilton@lw.com |
| 7 | *Attorneys for Switch, Inc., Rob Roy,*<br>*Gabe Nacht, Zareh Sarrafian,* | LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100 |
| 8 | *Donald Snyder, Tom Thomas, and*<br>*Bryan Wolf* | Los Angeles, CA 90067<br>Telephone: 424.653.5500 |
| 9 | | Facsimile: 454.653.5501 |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINGBO CAI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>SWITCH, INC., ROB ROY, GABE NACHT, ZAREH SARRAFIAN, DONALD SNYDER, TOM THOMAS, BRYAN WOLF, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, JEFFERIES LLC, BTIG, LLC, RAYMOND JAMES & ASSOCIATES, INC., STIFEL, NICHOLAUS & COMPANY, INC., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>　　　　　　　Defendants. | CASE NO. 2:18-cv-01471-CM-VCF<br><br>**STIPULATION REGARDING TIME FOR DEFENDANTS TO FILE ANSWERS TO AMENDED COMPLAINT**<br><br>**(First Request)** |

Lead Plaintiff Oscar Farach ("Lead Plaintiff") and defendants Switch, Inc. ("Switch"), Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, Bryan Wolf, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, LLC, Citigroup Global Markets Inc., Credit Suisse Securities, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicholaus & Company, Inc., and William Blair & Company, LLC ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on June 11, 2018, Plaintiff Mingbo Cai, individually and on behalf of all others similarly situated, filed the initial complaint in the above-captioned action (Dkt. No. 1);

WHEREAS, on August 6, 2018, Judge Anne E. Thompson of the U.S. District Court for the District of New Jersey entered an order directing that this action be transferred to the U.S. District Court for the District of Nevada (Dkt. No. 12);

WHEREAS, on September 6, 2018, this Court entered an order: (1) appointing Oscar Farach as Lead Plaintiff for the Class; and (2) approving Lead Plaintiff's selection of Glancy Prongay & Murry LLP as Lead Counsel and Muehlbauer Law Office, Ltd. as Liaison Counsel (Dkt. No. 26);

WHEREAS, on October 12, 2018, Lead Plaintiff filed the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") (Dkt. No. 58);

WHEREAS, on November 19, 2018, Defendants filed a motion to dismiss the Amended Complaint and a motion to strike, which Plaintiff opposed;

WHEREAS, this Court granted in part and denied in part Defendants' Motion to Dismiss on July 12, 2019 (Dkt. No. 92);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendants' Answer(s) to the Amended Complaint is currently due on July 26, 2019;

WHEREAS, the Amended Complaint contains 123 paragraphs with allegations against numerous defendants;

WHEREAS, the Parties to this action, in the interests of conservation of time and resources and orderly management of this action, have agreed to an extension for Defendants to Answer the

| | |
|---|---|
| 1 | Amended Complaint, and that the Parties will hold a Federal Rule of Civil Procedure 26(f) |
| 2 | conference within 7 days after the filing of Defendants' Answer(s); |
| 3 |     This is the Parties' first stipulation regarding Defendants' deadline to file an answer to the |
| 4 | Amended Complaint. |
| 5 |     NOW, THEREFORE, the Parties hereby stipulate that Defendants' time to Answer the |
| 6 | Amended Complaint is extended from July 26, 2019 to August 28, 2019 and that the Parties will |
| 7 | hold a Federal Rule of Civil Procedure 26(f) conference on or before September 4, 2019. |
| 8 |     IT IS SO AGREED AND STIPULATED. |

Dated: July 23, 2019                  PISANELLI BICE PLLC

By: */s/* Ava M. Schaefer
Todd L. Bice, Bar No. 4534
Ava M. Schaefer, Bar No. 12698
400 South 7th Street, Suite 300
Las Vegas, NV 89101

Michele D. Johnson (Admitted *Pro Hac Vice*)
Andrew R. Gray (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
650 Town Center Dr.
Costa Mesa, CA 92626

Joshua G. Hamilton (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Defendants Switch, Inc., Rob Roy, Gabriel Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf*

| | | |
|---|---|---|
| 1 | Dated: July 23, 2019 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | |
| 3 | | By: /s/ Casey E. Sadler |
| | | Lionel Z. Glancy (Admitted *Pro Hac Vice*) |
| 4 | | Robert V. Prongay (Admitted *Pro Hac Vice*) |
| | | Casey E. Sadler (Admitted *Pro Hac Vice*) |
| 5 | | Lesley F. Portnoy (Admitted *Pro Hac Vice*) |
| 6 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 7 | | Telephone: (310) 201-9150 |
| | | Facsimile: (310) 201-9160 |
| 8 | | Email: lglancy@glancylaw.com |
| 9 | | rprongay@glancylaw.com |
| | | csadler@glancylaw.com |
| 10 | | lportnoy@glancylaw.com |
| 11 | | *Lead Counsel for Lead Plaintiff* |
| 12 | | MUEHLBAUER LAW OFFICE, LTD. |
| | | Andrew R. Muehlbauer |
| 13 | | 7915 West Sahara Ave., Suite 104 |
| 14 | | Las Vegas, Nevada 89117 |
| | | Telephone.: (702) 330-4505 |
| 15 | | Facsimile: (702) 825-0141 |
| | | Email: Andrew@mlolegal.com |
| 16 | | |
| | | *Liaison Counsel for Lead Plaintiff* |
| 17 | Dated: July 23, 2019 | GREENBERG TRAURIG LLP |
| 18 | | |
| 19 | | By: /s/ Daniel J. Tyukody |
| | | Mark E. Ferrario, Bar No. 1625 |
| 20 | | Christopher R. Miltenberger, Bar No. 10153 |
| | | 10845 Griffith Peak Drive, Suite 600 |
| 21 | | Las Vegas, NV 89135 |
| 22 | | Greenberg Traurig LLP |
| | | Daniel J. Tyukody (Admitted *Pro Hac Vice*) |
| 23 | | 1840 Century Park East, Suite 1900 |
| | | Los Angeles, CA 90067-2121 |
| 24 | | |
| 25 | | *Attorneys for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, LLC, Citigroup Global Markets Inc., Credit Suisse Securities, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., and William Blair & Company, LLC* |
| 26 | | |
| 27 | | |
| 28 | | |

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, Defendants shall have until **August 28, 2019** to file any Answer(s).  The Parties shall hold a Federal Rule of Civil Procedure 26(f) conference on or before **September 4, 2019**.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2019

CASE NO. 2:18-cv-01471-CM-VCF