# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| MINGBO CAI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>SWITCH, INC., *et al.*,<br><br>        Defendant. | 2:18-cv-01471-JCM-VCF<br>**ORDER** |

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the hearing scheduled for 3:00 PM, October 11, 2019, is VACATED and RESCHEDULED to 10:30 AM, October 11, 2019, in Courtroom 3D. All else as ordered in ECF No. 98 remains the same.

DATED this 1st day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE