| | |
|---|---|
| Joshua G. Hamilton (Admitted *Pro Hac Vice*) | Michele D. Johnson (Admitted *Pro Hac Vice*) |
| joshua.hamilton@lw.com | michele.johnson@lw.com |
| LATHAM & WATKINS LLP | Andrew R. Gray (Admitted *Pro Hac Vice*) |
| 10250 Constellation Blvd., Suite 1100 | andrew.gray@lw.com |
| Los Angeles, CA 90067 | LATHAM & WATKINS LLP |
| Telephone: 424.653.5500 | 650 Town Center Dr. |
| Facsimile: 454.653.5501 | Costa Mesa, CA 92626 |
| | Telephone: 714.540.1235 |
| | Facsimile: 714.755.8290 |

Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Ava M. Schaefer, Esq., Bar No. 12698
AMS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MINGBO CAI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SWITCH, INC., ROB ROY, GABE NACHT, ZAREH SARRAFIAN, DONALD SNYDER, TOM THOMAS, BRYAN WOLF, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, JEFFERIES LLC, BTIG, LLC, RAYMOND JAMES & ASSOCIATES, INC., STIFEL, NICHOLAUS & COMPANY, INC., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Case No. 2:18-cv-01471-CM-VCF<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(First Request)** |

| | |
|---|---|
| 1 | Lead Plaintiff Oscar Farach ("Lead Plaintiff") and Defendants Switch, Inc. ("Switch"), |
| 2 | Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf |
| 3 | ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows: |
| 4 | On December 20, 2019, Defendants filed a Motion for Judgment on the Pleadings and a |
| 5 | Request for Judicial Notice in Support of the Motion for Judgment on the Pleadings. ECF Nos. |
| 6 | 106, 107. |
| 7 | Pursuant to Local Rule 7-2(b), Lead Plaintiff would have 14 days to respond to the |
| 8 | Motion for Judgment on the Pleadings, and Defendants would have seven days thereafter to file a |
| 9 | reply; |
| 10 | The Parties have agreed that briefing extensions would best serve the interests of |
| 11 | efficiency and judicial economy by providing thorough and comprehensive briefing. |
| 12 | This is the Parties' first stipulation regarding Plaintiffs' deadline to file a response to the |
| 13 | Motion for Judgment on the Pleadings and Defendants' deadline to file a reply in support of the |
| 14 | Motion for Judgment on the Pleadings. |
| 15 | THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, and subject to |
| 16 | this Court's approval and order, as follows: |
| 17 | 1. Lead Plaintiff shall have until January 24, 2020 to file an opposition to the |
| 18 | Motion for Judgment on the Pleadings and the Request for Judicial Notice; and |
| 19 | 2. Defendants shall have until February 21, 2020 to file a reply in support of their |
| 20 | Motion for Judgment on the Pleadings and the Request for Judicial Notice. |
| 21 | IT IS SO STIPULATED. |
| 22 | Dated: January 2, 2020     By: /s/ Joshua G. Hamilton |
| 23 | Joshua G. Hamilton (Admitted *Pro Hac Vice*) |
| 24 | LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067 |
| 25 | |
| 26 | Michele D. Johnson (Admitted *Pro Hac Vice*)<br>Andrew R. Gray (Admitted *Pro Hac Vice*) |
| 27 | LATHAM & WATKINS LLP<br>650 Town Center Dr.<br>Costa Mesa, CA 92626 |
| 28 | |

|     |                          |                                                                                                                                 |
| --- | ------------------------ | ------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                          | Todd L. Bice, Esq., Bar No. 4534                                                                                                |
| 2   |                          | Ava M. Schaefer, Esq., Bar No. 12698<br>400 South 7th Street, Suite 300                                                         |
| 3   |                          | Las Vegas, NV 89101                                                                                                             |
| 4   |                          | *Attorneys for Defendants Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf*        |
| 5   |                          |                                                                                                                                 |
| 6   | Dated: January 2, 2020   | By: */s/ Leanne H. Solish*                                                                                                      |
| 7   |                          | Lionel Z. Glancy (Admitted Pro Hac Vice)                                                                                        |
| 8   |                          | Robert V. Prongay (Admitted Pro Hac Vice)<br>Casey E. Sadler (Admitted Pro Hac Vice)                                            |
| 9   |                          | Joshua L. Crowell (Admitted Pro Hac Vice)<br>Leanne H. Solish (Admitted Pro Hac Vice)                                           |
| 10  |                          | GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100                                                               |
| 11  |                          | Los Angeles, CA 90067                                                                                                           |
| 12  |                          | *Counsel for Oscar Farach*                                                                                                      |
| 13  |                          | Andrew R. Muehlbauer, Esq.<br>MUEHLBAUER LAW OFFICE, LTD.                                                                       |
| 14  |                          | 7915 West Sahara Ave., Suite 104<br>Las Vegas, NV 89117                                                                         |
| 15  |                          | *Counsel for Oscar Farach*                                                                                                      |
| 16  |                          |                                                                                                                                 |
| 17  |                          |                                                                                                                                 |
| 18  |                          |                                                                                                                                 |
| 19  |                          |                                                                                                                                 |
| 20  |                          |                                                                                                                                 |
| 21  |                          |                                                                                                                                 |
| 22  |                          |                                                                                                                                 |
| 23  |                          |                                                                                                                                 |
| 24  |                          |                                                                                                                                 |
| 25  |                          |                                                                                                                                 |
| 26  |                          |                                                                                                                                 |
| 27  |                          |                                                                                                                                 |
| 28  |                          |                                                                                                                                 |

**ORDER**

Pursuant to the Parties' stipulation, Lead Plaintiff shall have until January 24, 2020 to file an opposition to the Motion for Judgment on the Pleadings and the Request for Judicial Notice. Defendants shall have until February 21, 2020 to file a reply in support of their Motion for Judgment on the Pleadings and the Request for Judicial Notice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____