1  ROBERT V. PRONGAY (admitted *pro hac vice*)
   *rprongay@glancylaw.com*
2  KARA M. WOLKE
   *kwolke@glancylaw.com*
3  LEANNE H. SOLISH (admitted *pro hac vice*)
   *lsolish@glancylaw.com*
4  GLANCY PRONGAY & MURRAY LLP
5  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
6  Telephone: (310) 201-9150

7  *Lead and Proposed Class Counsel*

8  ANDREW R. MUEHLBAUER, ESQ. (Nevada Bar No. 10161)
   *andrew@mlolegal.com*
9  MUEHLBAUER LAW OFFICE, LTD.
10 7915 West Sahara Avenue, Suite 104
   Las Vegas, Nevada 89117
11 Telephone: (702) 330-4505

12 *Liaison Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MINGBO CAI, Individually, and on Behalf of All Others Similarly Situated, | Case No. 2:18-cv-01471-JCM-VCF |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AND REMOVE FROM SERVICE LIST** |
| SWITCH, INC., ROB ROY, GABE NACHT, ZAREH SARRAFIAN, DONALD SNYDER, TOM THOMAS, BRYAN WOLF, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, JEFFERIES LLC, BTIG, LLC, RAYMOND JAMES & ASSOCIATES, INC., STIFEL, NICHOLAUS & COMPANY, INC., and WILLIAM BLAIR & COMPANY, L.L.C., | |
| Defendants. | |

Attorney Lesley F. Portnoy is no longer associated with Glancy Prongay & Murray LLP. The undersigned respectfully requests that Mr. Portnoy be withdrawn as counsel of record for Lead Plaintiff Oscar Farach and class certification movants Donald Powell and Timothy Wylie (collectively, "Plaintiffs"), and that he be removed from the electronic service list in the above-captioned matter. The law firms of Glancy Prongay & Murray LLP and Muehlbauer Law Office, Ltd. continue to serve as counsel for Plaintiffs through the remaining attorneys listed on the electronic service list for these firms, and all future correspondence and papers in this action should continue to be directed to them.

Dated: April 10, 2020

By: s/ *Leanne H. Solish*
Robert V. Prongay
Kara M. Wolke
Leanne H. Solish
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead and Proposed Class Counsel*

MUEHLBAUER LAW OFFICE, LTD.
Andrew R. Muehlbauer, Esq.
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

*Liaison Counsel for the Proposed Class*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-10-2020

1
MOTION TO WITHDRAW AND REMOVE FROM SERVICE LIST

**CERTIFICATE OF SERVICE**

  I, Leanne H. Solish, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 10, 2020.

            /s/ *Leanne H. Solish*
            Leanne H. Solish