1  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com

2  Ava M. Schaefer, Esq., Bar No. 12698
   AMS@pisanellibice.com

3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300

4  Las Vegas, NV 89101
   Telephone:   702.214.2100

5  Facsimile:   702.214.2101

6

7  *Attorneys for Switch, Inc., Rob Roy,*
   *Gabe Nacht, Zareh Sarrafian,*

8  *Donald Snyder, Tom Thomas, and*
   *Bryan Wolf*

9

Michele D. Johnson (Admitted *Pro Hac Vice*)
michele.johnson@lw.com
Andrew R. Gray (Admitted *Pro Hac Vice*)
andrew.gray@lw.com
LATHAM & WATKINS LLP
650 Town Center Dr.
Costa Mesa, CA  92626
Telephone:   714.540.1235
Facsimile:   714.755.8290

Joshua G. Hamilton (Admitted *Pro Hac Vice*)
joshua.hamilton@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
Telephone:   424.653.5500
Facsimile:   454.653.5501

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINGBO CAI, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>SWITCH, INC., ROB ROY, GABE NACHT, ZAREH SARRAFIAN, DONALD SNYDER, TOM THOMAS, BRYAN WOLF, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BMO CAPITAL MARKETS CORP., WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES, JEFFERIES LLC, BTIG, LLC, RAYMOND JAMES & ASSOCIATES, INC., STIFEL, NICHOLAUS & COMPANY, INC., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>                              Defendants. | Case No. 2:18-cv-01471-JCM-VCF<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER REGARDING CLASS CERTIFICATION BRIEFING**<br><br>**(First Request)** |

Plaintiff Oscar Farach ("Plaintiff") and Defendants Switch, Inc., Rob Roy, Gabe Nacht, Zareh Sarrafian, Donald Snyder, Tom Thomas, and Bryan Wolf (collectively, the "Switch Defendants"), Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BMO Capital Markets Corp., Wells Fargo Securities, LLC, Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Jefferies LLC, BTIG, LLC, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Inc., and William Blair & Company, L.L.C. (collectively, the "Underwriter Defendants" and together with Switch Defendants, the "Defendants") (Plaintiff and Defendants, collectively the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on February 14, 2020, Plaintiff filed a Motion for Class Certification and Appointment of Class Representatives and Class Counsel, which sought to appoint Farach as Lead Plaintiff and add additional proposed class representatives Christian Avera, Donald Powell, and Timothy Wylie as Class Representatives ("Motion for Class Certification") (ECF No. 115);

WHEREAS in connection with Plaintiff's Motion for Class Certification, on February 14, 2020 and again on February 26, 2020, counsel for Plaintiff informed counsel for Defendants that, due to the proposed additions of new class representatives, Plaintiff would be amendable to moving the deadline for Defendants to oppose class certification;

WHEREAS, on March 19, 2020, Plaintiff's counsel acknowledged that the deadline for Defendants to oppose class certification would need to be extended due to the challenges with scheduling depositions as a result of the COVID-19 pandemic;

WHEREAS, on March 19, 2020, Plaintiff filed the Motion to (1) Withdraw Oscar Farach as Lead Plaintiff, and to Withdraw Farach and Christian Avera as Proposed Class Representatives; and (2) Appoint Proposed Class Representative Donald Powell as Lead Plaintiff and to Add Proposed Class Representative Timothy Wylie as Named Plaintiff ("Motion to Withdraw and Substitute Lead Plaintiff") (ECF No. 121);

WHEREAS, on March 26, 2020 Switch Defendants filed a Motion to Stay Discovery and Plaintiff's Motion for Class Certification and Motion to Withdraw and Substitute Lead

1   Plaintiff Pending Resolution of the Motion for Judgment on the Pleadings ("Motion to Stay")

2   (ECF No. 124);

3            WHEREAS, Defendants' Opposition to Plaintiff's Motion to Withdraw and Substitute

4   Lead Plaintiff is due on April 2, 2020 and Plaintiff's Reply in Support of the Motion to

5   Withdraw and Substitute Lead Plaintiff is due on April 9, 2020;

6            WHEREAS, Plaintiff's Opposition to the Motion to Stay is due on April 9, 2020 and the

7   Switch Defendants' Reply in Support of the Motion to Stay is due on April 16, 2020;

8            WHEREAS, Defendants' Opposition(s) to the Motion for Class Certification currently is

9   due to be filed on or before April 13, 2020, and Plaintiff's Reply in Support of Motion for Class

10  Certification must be filed on or before May 27, 2020, as set forth in the Court's Order on the

11  Joint Rule 26(f) Report ("Scheduling Order") (ECF No. 98);

12           WHEREAS, Plaintiff's Motion to Withdraw and Substitute Lead Plaintiff and Switch

13  Defendants' Motion to Stay render any further briefing on the Motion for Class Certification

14  premature at the present time;

15           WHEREAS, the Parties are discussing the scheduling and scope of the discovery

16  necessary for Defendants to respond to the Motion for Class Certification, including depositions

17  of the proposed additional class representatives identified in the Motion to Withdraw and

18  Substitute Lead Plaintiff, which is dependent on the Court's rulings on Plaintiff's Motion to

19  Withdraw and Substitute Lead Plaintiff;

20           WHEREAS, this is the Parties' first stipulation regarding the Motion for Class

21  Certification;

22           NOW, THEREFORE, for good cause shown, the Parties hereby stipulate that the

23  Scheduling Order is modified so that Defendants shall file an Opposition(s) to the Motion for

24  Class Certification forty-five (45) days after the Court issues an order on Plaintiff's Motion to

25  Withdraw and Substitute Lead Plaintiff and Plaintiff shall file a Reply in Support of the Motion

26  for Class Certification forty-five (45) days after Defendants file an Opposition(s) to the Motion

27  for Class Certification, leaving all other dates in the Scheduling Order unchanged.  Nothing

28

1   herein is intended to modify the Parties' positions or rights with respect to motions currently

2   pending before the Court.

3          IT IS SO AGREED AND STIPULATED.

4   Dated:  April 1, 2020                     PISANELLI BICE PLLC

5                                             By:  */s/* Todd L. Bice
                                              Todd L. Bice, Bar No. 4534
6                                             Ava M. Schaefer, Esq., Bar No. 12698
                                              400 South 7th Street, Suite 300
7                                             Las Vegas, NV 89101

8                                             Michele D. Johnson (Admitted *Pro Hac Vice*)
                                              Andrew R. Gray (Admitted *Pro Hac Vice*)
9                                             LATHAM & WATKINS LLP
                                              650 Town Center Dr.
10                                            Costa Mesa, CA  92626

11                                            Joshua G. Hamilton (Admitted *Pro Hac Vice*)
                                              LATHAM & WATKINS LLP
12                                            10250 Constellation Blvd., Suite 1100
                                              Los Angeles, CA  90067

13

14                                            *Attorneys for Defendants Switch, Inc., Rob Roy,*
                                              *Gabriel Nacht, Zareh Sarrafian, Donald Snyder, Tom*
15                                            *Thomas, and Bryan Wolf*

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  April 1, 2020           GLANCY PRONGAY & MURRAY LLP

2

3

                                         By:  /s/ Leanne H. Solish

Kara M. Wolke (Admitted *Pro Hac Vice*)
Leanne H. Solish (Admitted *Pro Hac Vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kwolke@glancylaw.com
             lsolish@glancylaw.com

*Lead Counsel for Lead Plaintiff*

MUEHLBAUER LAW OFFICE, LTD.
Andrew R. Muehlbauer, Esq.
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone.: (702) 330-4505
Facsimile: (702) 825-0141
Email: Andrew@mlolegal.com

*Liaison Counsel for Lead Plaintiff*

Dated:  April 1, 2020           GREENBERG TRAURIG LLP

By:  /s/ Christopher R. Miltenberger
Mark E. Ferrario, Bar No. 1625
Christopher R. Miltenberger, Bar No. 10153
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

Greenberg Traurig LLP
Daniel J. Tyukody (Admitted *Pro Hac Vice*)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

*Attorneys for Defendants Goldman Sachs & Co. LLC,*
*J.P. Morgan Securities LLC, BMO Capital Markets*
*Corp., Wells Fargo Securities, LLC, Citigroup Global*
*Markets Inc., Credit Suisse Securities, Jefferies LLC,*
*BTIG, LLC, Raymond James & Associates, Inc., Stifel,*
*Nicolaus & Company, Inc., and William Blair &*
*Company, LLC*

1

## **ORDER**

2       Based on the foregoing and good cause appearing therefor,

3       IT IS HEREBY ORDERED that the Scheduling Order is modified so that Defendants

4   shall file an Opposition(s) to the Motion for Class Certification forty-five (45) days after the

5   Court issues an order on Plaintiff's Motion to Withdraw and Substitute Lead Plaintiff; and

6       IT IS FURTHER ORDERED that Plaintiff shall file a Reply in Support of the Motion

7   for Class Certification forty-five (45) days after Defendants file an Opposition(s) to the Motion

8   for Class Certification.

9

10                       **IT IS SO ORDERED:**

11

12

                    _____

13                       UNITED STATES DISTRICT JUDGE

14
                           April 15, 2020

15                     DATED: _____

16

17

18

19

20

21

22

23

24

25

26

27

28